THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAMILO NAVARRO, Appellant. [776 NYS2d 890]—Appeal by the defendant from a judgment of the Supreme Court, Queens County

(O'Dwyer, J.), rendered April 18, 1995, convicting him of robbery in the first degree (three counts) and robbery in the second degree (three counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The Supreme Court properly found, after a hearing, that the pretrial identification procedures were not unduly suggestive (*see People v Bolt,* 295 AD2d 357 [2002]; *People v Foster,* 272 AD2d 410 [2000]; *People v Baptiste,* 201 AD2d 659 [1994]).

The defendant's remaining contentions are without merit. Altman, J.P., H. Miller, Goldstein and Skelos, JJ., concur.